UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| RONNIE BEEBOUT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:20-cv-00061-JTM-JPK |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their respective attorneys, hereby

STIPULATE and AGREE that all claims herein should be dismissed with prejudice and in bar of

refiling, with the parties to bear their own costs.


Dated: January 25, 2022



 /s/ Russell Ingebritson
Russell Ingebritson
E-mail: russ@ingebritson.com
INGEBRITSON & ASSOCIATES
7141 Amundsen Avenue
Edina, MN 55439
Telephone: (612) 340-8290

Terrence M. Rubino
E-mail: trubino@rubinoruman.com
Daniel J. Zlatic
E-mail: dzlatic@rubinoruman.com
RUBINO, RUMAN, CROSMER, & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
Telephone: (219) 322-8222
*Attorneys for Plaintiff*

 /s/ David A. Locke
David A. Locke
Email: dal@stuartlaw.com
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's CM/ECF system. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Russell Ingebritson
Ingebritson & Associates
7141 Amundsen Avenue
Edina, MN 55439
russ@ingebritson.com

Terrence M. Rubino
Rubino, Ruman, Crosmer, & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
trubino@rubinoruman.com

Daniel J. Zlatic
Rubino, Ruman, Crosmer, & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
dzlatic@rubinoruman.com

        /s/ David A. Locke
        David A. Locke

1448716.1